United States District Court
Northern District of California

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

CALVIN EARL ODOM, JR.

　　　　Defendant.

Case No.: CR 13-00679-YGR-1 (KAW)

DETENTION ORDER

## I.  DETENTION ORDER

Defendant Calvin Earl Odom, Jr. is charged in an indictment with a violation of 18 U.S.C. § 2113(a), (d), and 2 (armed bank robbery and aiding and abetting); and 18 U.S.C. § 2113 (a) (attempted bank robbery).  At the November 6, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender John Paul Reichmuth, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.  Assistant United States Attorney Brian Lewis appeared on behalf of the United States.  The Court notes that Defendant may be subject to a state probation revocation warrant emanating from Alameda County.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2